01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,        )   CASE NO. CR08-190-TSZ
                                     )
09          Plaintiff,                )
                                     )
10          v.                        )   DETENTION ORDER
                                     )
11  KENNETH SOLBERG,                  )
                                     )
12          Defendant.                )
    _____   )
13

14  <u>Offense charged</u>:       Conspiracy to Distribute Heroin; Distribution of Heroin (two counts);

15                          Possession of an Unregistered Machine Gun

16  <u>Date of Detention Hearing</u>:   June 13, 2008

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22      1.   Defendant has been charged with a drug offense the maximum penalty of which

DETENTION ORDER                                                15.13
18 U.S.C. § 3142(i)                                            Rev. 1/91
PAGE 1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

    2.    Defendant does not have a stable employment or residence history. He has family in the area but does not have a close relationship with them. His lengthy criminal history includes numerous drug charges with some history of failing to appear as recently as May 2008. There is information indicating serious drug addiction problems.

    3.    Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 2

01        Pretrial Services Officer.

02        DATED this 13th day of June, 2008.

03

04        _____
          Mary Alice Theiler
05        United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 3