JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 08-190 TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | STIPULATED MOTION TO CONTINUE |
| | ) | TRIAL DATE AND EXTEND TIME FOR |
| DAVID HINOJOSA, and | ) | PRETRIAL MOTIONS |
| KENNETH SOLBERG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from August 4, 2008,

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*David Hinojosa;* #08-190TSZ)                              1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  to October 6, 2008.

2  IT IS FURTHER ORDERED that the due date for pretrial motions be extended from

3  June 26, 2008, to September 18, 2008.

4  FURTHERMORE, IT IS ORDERED that the period of time from the current trial date

5  of August 4, 2008, up to and including the new proposed trial date of October 6, 2008, shall

6  be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

7  DONE this 30th day of June, 2008.

*(signature)*
Thomas S. Zilly
United States District Judge

Presented by:

s/ Jennifer E. Wellman
WSBA # 29193
Attorney for David Hinojosa
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
Phone:   (206) 553-1100
Fax:     (206) 553-0120
jennifer_wellman@fd.org

s/ Bruce D. Erickson
Attorney for Kenneth Solberg
*E-mail Approval*

s/ Bruce Miyake
Assistant United States Attorney
*E-Mail Approval*

s/ Bruce Erickson
Attorney for Kenneth Solberg
*E-Mail Approval*

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*David Hinojosa;* #08-190TSZ)                2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**